IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:02CR156-T |
| vs. | ) | (Monetary Penalties Unit) |
| | ) | |
| JAMES EDWARD MCLEAN, JR. | ) | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL
and ANY OTHER AUTHORIZED PERSON:

A judgment was entered on November 22, 2002, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, James Edward McLean, Jr., whose last known address is LSCI-Butner, P.O. Box 999, Butner, NC 27509, in the sum of $21,000,000. The balance on the account as of October 6, 2008, is $8,629,852.67.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and any person having custody is commanded to **turn over property** in which the defendant, James Edward McLean, Jr., has a substantial nonexempt interest, the said property being all right, title and interest in all shares of stock in First Beneficial Mortgage Corp., a North Carolina corporation, in the name of James Edward McLean, Jr.

Signed: October 15, 2008

Frank G. Johns, Clerk
United States District Court