# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:02CR156-LHT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| JAMES EDWARD MCLEAN ) | |

**THIS MATTER** is before the Court on the Government's motion for a final order and judgment confirming forfeiture, filed December 15, 2008.

On January 28, 2003, this Court entered a Supplemental Order of Forfeiture pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853(n) and 28 U.S.C. § 2461(c), based upon the Defendant's conviction at trial on Counts One and Sixty-four through Sixty-six in the Superseding Bill of Indictment.

On October 15, 2008, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and further notice to all third parties of their right to petition the Court within sixty days from October 15, 2008, for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the Defendant's conviction, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED** that, in accordance with Rule 32.2(c)(2), the Supplemental Order of Forfeiture is hereby confirmed as final.

**IT IS FURTHER ORDERED** that all right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **One purchase money note and a related deed of trust in the amount of $130,120.00, dated November 11, 2002, payable to and executed in favor of NMAC Corp., representing a debt secured by property located at 301-309 Neal Drive, Charlotte, North Carolina.**

Signed: December 18, 2008

Lacy H. Thornburg
United States District Judge